IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00358-KS

| | |
|---|---|
| AUDREY RHODIE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Upon consideration of the Commissioner's unopposed Motion to Appear by Videoconference for the hearing scheduled on November 1, 2017, at 11:00 AM, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this  11th  day of October, 2017.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge