UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

AUDREY RHODIE, )
)
)
   Plaintiff, )
) **JUDGMENT**
v. )
) No. 7:16-CV-358-KS
NANCY A. BERRYHILL, )
*Acting Commissioner of Social Security,* )
)
   Defendant. )

**Decision by Court.**

**This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.**

**IT IS ORDERED, ADJUDGED AND DECREED the court DENIES Plaintiff's motion for judgment on the pleadings [DE-23],GRANTS Defendant's motion for judgment on the pleadings [DE-25], and affirms the Commissioner's decision.**

This judgment filed and entered on February 12, 2018, with service on:

H. Clifton Hester (via CM/ECF Notice of Electronic Filing)

Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

                                         PETER A. MOORE, JR., CLERK

                                       /s/ *Shelia Foell*
                                       (By): Shelia Foell, Deputy Clerk